IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONETTI'S FROZEN FOODS, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | No. 11-6736 |
| | : | |
| AMERICAN KITCHEN DELIGHTS, INC. | : | |
| | : | |

## ORDER

AND NOW, this 4th day of April, 2012, upon consideration of defendant American Kitchen Delights, Inc.'s motion to dismiss, plaintiff Leonetti's Frozen Foods, Inc.'s response in opposition and defendant's response to plaintiff's opposition, it is ORDERED that the motion is DENIED.  American Kitchen shall file an answer to the claims set forth against it in the amended complaint and counsel shall submit an agreed upon discovery schedule to the Court within fourteen days from the date of this Order.

It is FURTHER ORDERED that Leonetti Food Distributors, Inc. is substituted as plaintiff and the Clerk is directed to amend the caption accordingly.

Upon consideration of defendant's motion to strike, it is ORDERED that the motion is DENIED as moot.

      _s/Thomas N. O'Neill, Jr._
      THOMAS N. O'NEILL, JR., J.